F. May Teeter, Respondent, *v.* George D. Gilson, Appellant.

(Submitted October 29, 1884 ; decided November 25, 1884.)

*Spencer Clinton* for appellant.

*Smith Brothers* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

Samuel McRickard, Appellant, *v.* George C. Flint et al., Respondents.

(Argued October 29, 1884 ; decided November 25, 1884.)

Decided on the facts.

*Leopold Turk* for appellant.

*Artemus H. Holmes* for respondents.

*Per Curiam mem.* for reversal and new trial.
All concur.
Judment reversed.